

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TY THOMAS,

      Plaintiff,

vs.

DR. DAVID MAR, et al.,

      Defendants.
_____/

3:10-CV-0282-HDM (VPC)

**MINUTES OF THE COURT**

Date: June 1, 2010

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__    REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    Defendants filed a motion for leave to file *in camera* and under seal submission of confidential medical records attached to plaintiff's complaint (#2). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

    **IT IS ORDERED** that defendants' motion for leave to file *in camera* and under seal submission of confidential medical records attached to plaintiff's complaint (#2) is **GRANTED**.

    **IT IS SO ORDERED.**

                                     LANCE S. WILSON, CLERK

                          By: __/s/__
                              Deputy Clerk.