1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

TY THOMAS,

12

              Plaintiff,

13

    vs.

14

15

DR. DAVID MAR; KATHY KING; ROBERT
BANNISTER; SANDY SNIDER; TERRI
JACOBS; ROBERT CRUM; JONATHAN

16

PERRY; GREG SMITH; HOWARD
SKOLNIK; NEVADA DEPARTMENT OF

17

CORRECTIONS; AND THE STATE OF
NEVADA, real party in interest,

18

              Defendants.

19

Case No.  3:10-cv-00282-LRH-VPC

**STIPULATION FOR DISMISSAL WITH
PREJUDICE AND ORDER FOR DISMISSAL
WITH PREJUDICE**

20

21
    It is stipulated to and agreed by and between TY THOMAS, *pro se*, and Defendants

22
STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS, DAVID MAR, ROBERT

23
BRUCE BANNISTER, SANDY SNIDER and JOHN PEERY (incorrectly sued as "JONATHAN

24
PERRY"), by and through counsel, Catherine Cortez Masto, Attorney General of the State of

25
Nevada, and Crystal R. Willis, Deputy Attorney General, that Ty Thomas' civil action, Case

26
No. 3:10-cv-00282-HDM-VPC, be dismissed with prejudice under Federal Rule of Civil

27
Procedure 41(a)(1)(A)(ii), as the parties have reached a settlement in the instant matter.

28
///

1

1    Each party shall bear their own attorneys' fees and costs.

2

3   TY THOMAS
    Plaintiff
4

5
    By: _____        Date: __NOV 2 2010__
6        TY THOMAS
         pro se
7

8

9
    CATHERINE CORTEZ MASTO
10  Attorney General

11

12  By: _____        Date: __11/2/10__
        CRYSTAL R. WILLIS
13      Deputy Attorney General
        Bureau of Public Affairs
14      Public Safety Division
        *Attorneys for Defendants*
15

16
              **ORDER FOR DISMISSAL WITH PREJUDICE**
17
         Having considered the preceding "Stipulation for Dismissal with Prejudice," as agreed
18
    to by the parties' hereinabove, and for other GOOD CAUSE, the Court hereby ORDERS that
19
    this case be DISMISSED with PREJUDICE.
20
         IT IS SO ORDERED.
21
    DATED this 4th day of November, 2010.
22

23

24

25
                                        _____
26                                      LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE
27

28

                                        2